DOCKET & FILE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
───────────────────────────────X

HARRIPRASHAD SANICHAR,

          Plaintiff,                                 **CIVIL JUDGMENT**

-against-

                                                     10-CV-1613 (KAM)

DAYAWATTIE BISHUNAUTH,

          Defendant.
───────────────────────────────X

Pursuant to the court's Memorandum and Order issued on April 26, 2010 dismissing the complaint without prejudice, it is,

**ORDERED, ADJUDGED AND DECREED:** That the complaint is dismissed without prejudice for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(h)(3). The court certifies pursuant to 28 U.S.C. § 1915(a) that any appeal from the Memorandum and Order would not be taken in good faith and therefore *in forma pauperis* is denied for the purpose of any appeal.

Dated: April 26, 2010
       Brooklyn, New York

                                        /S/
                                KIYO A. MATSUMOTO
                                United States District Judge